JS-6

1   BILAL A. ESSAYLI
2   United States Attorney
    DAVID M. HARRIS
3   Assistant United States Attorney
    Chief, Civil Division
4   CEDINA M. KIM
5   Assistant United States Attorney
    Senior Trial Attorney, Civil Division
6   TINA NAICKER, CSBN 252766
7        Special Assistant United States Attorney
         Office of Program Litigation, Office 7
8        Office of the General Counsel
         Social Security Administration
9        6401 Security Boulevard
         Baltimore, MD 21235
10       Tel: (510) 970-4842
11       Fax: (415) 744-0134
         E-mail: tina.naicker@ssa.gov
12
13  Attorneys for Defendant
14               UNITED STATES DISTRICT COURT
15               CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
16

17  THOMAS LOGAN CARNEY,              No.  2:24-cv-10624-JWH-AJR

18              Plaintiff,

19  v.                                ~~[PROPOSED]~~
                                      JUDGMENT OF REMAND
20  LELAND DUDEK,

21  Acting Commissioner of Social
    Security,
22
                Defendant.
23

24

25

26

27

28

1       The Court having approved the parties' Stipulation to Remand for Further

2 Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of

3 Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with

4 the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**

5 **ADJUDGED AND DECREED** that the above-captioned action is remanded to the

6 Commissioner of Social Security for further proceedings consistent with the

7 Stipulation to Remand.

8 DATED:  5/06/2025

9                             HON. A. JOEL RICHLIN

10                             UNITED STATES DISTRICT JUDGE